■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY HILL, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered November 21, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v D'SEAN WOODS, Appellant. [942 NYS2d 831]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 10, 2010. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.